| Attorney or Party without Attorney:<br>MARK I. SCHLESINGER, ESQ.<br>TROUTMAN SANDERS LLP<br>ONE GATEWAY CENTER<br>SUITE 2600<br>NEWARK, NJ 07102<br>Telephone No: (973) 645-0772 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>239698.000005 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY | | | | |
| Plaintiff: MFC TWIN BUILDERS LLC | | | | |
| Defendant: HENRY DOLOSO FAJARDO | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:12-CV-01790-JLL-MAH |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ATTACHMENT TO CIVIL COVER SHEET

3. a. Party served:  VIRGINIA C. FAJARDO
   b. Person served: (Hispanic, Female, 40 Years Old, Black Hair, Brown Eyes, 5 Feet 5 Inches, 175 Pounds)

4. Address where the party was served: 2100 E. CLINTON AVENUE
   FRESNO, CA 93703

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 04, 2012 (2) at: 10:34AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JEFF LANG
   b. Service Provided for:
      NATIONWIDE LEGAL LLC
      820 N. PARTON STREET (L.A. 6771)
      SANTA ANA, CA 92701
   c. (714) 558-2400

   d. The Fee for Service was: $195.75
   e. I am: (3) registered California process server
      (i)  Independent Contractor
      (ii) Registration No.: 12-120
      (iii) County: Kings

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Apr. 06, 2012

   (JEFF LANG)

   Judicial Council Form POS-010    PROOF OF SERVICE    2362244 .marksch.195406
   Rule 2.150.(a)&(b) Rev January 1, 2007